FILED
September 30, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                          )<br>                    Plaintiff,             )<br>v.                                                     )<br>                                                          )<br>WASHING CHEN,                          )<br>                    Defendant.         )<br>_____) | Case No. MAG. 10-0290-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release WASHING CHEN, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Unsecured Appearance Bond

    ___    Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The unsecured bond paperwork is to be filed by 10/12/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09-30-10  at  4:11 pm

By _____
Edmund F. Brennan
United States Magistrate Judge